DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARC VEGA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-441

[ September 13, 2018 ]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Geoffrey D. Cohen, Judge; L.T. Case No. 13-2927CF10A.

Rachael E. Reese of O'Brien Hatfield, P.A., Tampa, for appellant.

No response required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***